# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 4, 2011

No. 11-60335
Summary Calendar

Lyle W. Cayce
Clerk

MARY BRETT MILLER,

Plaintiff-Appellant,

versus

NORTH MISSISSIPPI MEDICAL CLINICS, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
No. 1:10-CV-20

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Mary Miller sued her employer for sex and pregnancy discrimination. The district court granted summary judgment for the employer.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60335

The district court explained its ruling in a comprehensive Memorandum Opinion dated May 2, 2011. The court concluded, *inter alia,* that no similarly-situated employee was treated more favorably than was plaintiff. The court also concluded that, even if a *prima facie* case had been established, the employer brought forth a legitimate, non-discriminatory reason for its decision to prohibit Miller from working at a particular facility because of her disruptive behavior.

The summary judgment is AFFIRMED, essentially for the reasons given by the district court.